# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-06853 DDP (FFMx) | Date | February 9, 2015 |
| Title | DANIEL LOPEZ -V- JAMES J. CHUNG; IL HOON CHUNG | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dennis Jay Price, III | None Present |

Proceedings:

APPLICATION FOR DEFAULT JUDGMENT
(DOCKET NUMBER 15)

Court and counsel confer as reflected on the record.

The motion is denied without prejudice.

|  | 0 0 | : | 02 |
|---|---|---|---|
|  | Initials of Preparer | | JAC |